922 P.2d 974

# SUPREME COURT OF HAWAI'I

## August 27, 1996

| | | |
|---|---|---|
| 10126 | State v. Ragasa | Dismissed |
| 10132 | Jim v. Planning Commission | Dismissed |
| 10144 | Matsumura v. Deigo | Dismissed |
| 10156 | Hoff v. American Security Bank | Dismissed |
| 10157 | Tai v. Tai | Dismissed |
| 10182, 10262 | DeMello v. Estate of Rodrigues | Dismissed |
| 10210 | Dyer v. Nishiie | Dismissed |
| 10215 | State v. Dumlao | Dismissed |
| 10219 | International Savings & Loan v. Pinacate, McCully Associates v. Pinacate | Dismissed |
| 10238 | Seadler v. Bryan | Dismissed |
| 10240 | State v. Gerke | Dismissed |
| 10253 | Kau v. City and County of Honolulu | Dismissed |
| 10259 | State v. Pollack | Dismissed |

## August 28, 1996

| | | |
|---|---|---|
| 19422 | State v. Ross | Affirmed |

## September 16, 1996

| | | |
|---|---|---|
| 18751 | State v. Lum | Affirmed |

## September 16, 1996

| | | |
|---|---|---|
| 18504 | State v. Chi | Affirmed |